1  Scott Schools
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200
4  Attorneys for the United States

FILED
DEC 13 2007
CLERK
NORTHERN DISTRICT
SAN JOSE CALIFORNIA

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,            ) CRIMINAL NO. 07-MJ-70740PVT
9          Plaintiff,                   )
10                                      ) NOTICE OF PROCEEDINGS ON
       v.                               ) OUT-OF-DISTRICT CRIMINAL
11                                      ) CHARGES PURSUANT TO RULES
   Daniel David Araiza,                 ) 5(c)(2) AND (3) OF THE FEDERAL RULES
12         Defendant.                   ) OF CRIMINAL PROCEDURE
13                                      )
14 ─────────────────────────────────────

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15
   Procedure that on 12/13/07 , the above-named defendant was arrested based upon an
16
   arrest warrant (copy attached) issued upon an
17
       ☐ Indictment    ☐ Information    ☐ Criminal Complaint    ☒ Other _____
18
   pending in the ~~97-00887~~ District of Arizona, Case Number 97-00887.
19
   In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,
20
   Section(s) 3583
21
   Description of Charges: _____.
22

23
                                        Respectfully Submitted,
24
                                        SCOTT SCHOOLS
25                                      UNITED STATES ATTORNEY
26 Date: 12/13/07
                                        _____
27                                      Assistant U.S. Attorney
28

                                    1

NOV-29-2007 THU 04:17 PM     FAX NO.     P. 04
Case 5:07-mj-70470-PVT    Document 1    Filed 12/13/2007    Page 2 of 5
08/07/2007 08:58    5208    930    US MARSHALS    PAGE 05/10

AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court
### District of Arizona

## WARRANT FOR ARREST

United States of America
v.
DANIEL DAVID ARAIZA

CASE NUMBER: CR 97-00887-001-TUC-JMR(GEE)

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    **DANIEL DAVID ARAIZA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court

☐ Violation Notice    ☒ Supervised Release Violation Petition

charging him or her with (brief description of offense) Violation of Supervised Release

In violation of Title   18   United States Code, Section(s)   3583

RICHARD H. WEARE
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Kay Davis
(By) Deputy Clerk

CLERK
Title of Issuing Officer

8/12/07, Tucson, Arizona
Date and Location

Bail fixed at $_____ to be held without bond pending appearance before this court by JOHN M. ROLL, Chief United States District Judge.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

☐ PSA; ☒ PO; AUSA; USM

NOV-29-2007 THU 04:18 PM    FAX NO.    P. 05
Case 3:07-mj-70740-PVT    Document 1    Filed 12/13/2007    Page 3 of 5
08/07/2007 08:58    5208705930    US MARSHALS    PAGE 05/18

P_Prob12.frm
(Rev. 12/04)

☑ FILED    ___ LODGED
___ RECEIVED    ___ COPY

JUN 1 2 2007

CLERK U.S. DISTRICT COURT
OF ARIZONA

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

United States v. David Daniel Araiza      Docket No. CR 97-00887-001-TUC-JMR (GEE)

### Petition to Revoke Supervised Release

**COMES NOW PROBATION OFFICER** Gregory J. Metoyer of the Central District of California Probation Office, presenting an official report on David Daniel Araiza who was committed to the Bureau of Prisons on October 30, 1998, by the Honorable John M. Roll presiding in the District Court of Arizona. A 60-month period of supervised release was imposed. Araiza's supervised release was revoked on October 6, 2004, and he was sentenced to 12 months imprisonment and 48-months supervised release. Supervision commenced upon the offender's discharge from imprisonment (from state custody) on May 2, 2006. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner based on reasonable suspicion of contraband or evidence of violation of a condition of release. Failure to submit to search may be grounds for revocation. You shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3. You shall reside and participate in a community corrections center for 180 days, unless discharged earlier by the probation officer.

4. You shall not be involved with gang activity, possess any gang paraphernalia or associate with any person affiliated with a gang.

5. You shall abstain from all use of alcohol or alcoholic beverages.

David Daniel Araiza was convicted of possession with intent to distribute marijuana, a Class B felony.

6/12/07

Copies Distributed

Page 2
U.S.A. v. David Daniel Araiza
Docket No. CR 97-00887-001-TUC-JMR
May 11, 2007

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**ALLEGATION A:** <u>Violation of Standard Condition 1:</u> "You shall not commit another federal, state, or local crime during the term of supervision."

On April 2, 2007, in Los Angeles County, California, Daniel Araiza committed the new state drug trafficking crime of Possession of Marijuana for Sale, in violation of California Health and Safety Code 11359. On April 4, 2007, Araiza was convicted of the offense in the Superior Court of California, Los Angeles, under case number TA090041. Araiza was sentenced to a 16-month term of imprisonment. A Grade A violation, mandatory revocation pursuant to 18 U.S.C. §3583(g)(1).

Page 3
U.S.A. v. David Daniel Araiza
Docket No. CR 97-00887-001-TUC-JMR
May 11, 2007

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_____    5/22/07
Gregory J. Metoyer                  Date
Senior U.S. Probation Officer

Reviewed by
_____    5/22/07
Steve D. Walls                      Date
Supervisory U.S. Probation Officer

Reviewed by
_____    6/7/07
Joclyn Marlowe                      Date
Assistant U.S. Attorney

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 10th day of June, 20 07 and ordered filed and made a part of the records in the above case.

_____
The Honorable John M. Roll,
Chief U.S. District Judge

Defense Counsel:

Micaela Portillo (AFPD)
407 West Congress Street
Suite 501
Tucson, Arizona 85701-1310