# UNITED STATES DISTRICT COURT
### Northern District of California
280 South First Street
San Jose, California 95113

Richard W. Wieking
Clerk

www.cand.uscourts.gov

FILED General Court Number
408.535.5363

December 14, 2007

2008 JAN -3 P 3: 14

Office of the Clerk-USDC
E. A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

RICHARD W. WIEKING
CLERK FILED ___ LODGE
U.S. DISTRICT COURT RECEIVED ___ COPY
NO. DIST. OF CA. SJ

DEC 20 2007

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ A DEPUTY

Case Name:     **US-v-Daniel David Araiza**
Case Number:   **5-07-70740-PVT  (Your Case# 97-00887)**
Charges:       **Violation of Supervised Release**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escalano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

Date: __12/20/07__

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk